UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROBERT MCANDREWS,

          Plaintiff,

vs.                                               Civil Action No.:
                                                      1:19-CV-09780-PAE-SLC

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

          Defendant.
-----------------------------------------------------------X

## **ORDER**

AND, NOW, this 6th day of April, 2020, upon consideration of Plaintiff's Motion for an extension of time to file his motion for judgment on the pleadings,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's motion is due May 18, 2020. Defendant's motion and brief is due July 20, 2020. Plaintiff's reply, if any, is due August 3, 2020.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 11.


Entered: April 6, 2020

                                                                      SARAH L. CAVE
                                                                      United States Magistrate Judge